UNITED STATES of America,
Plaintiff-Appellee,

v.

Tyler Dwayne WADDLE, Defendant-Appellant.

No. 17-12022
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

(January 9, 2018)

Peter J. Sholl, U.S. Attorney Service—Middle District of Florida, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Nicole Valdes Hardin, Federal Public Defender's Office, Tampa, FL, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant-Appellant

Tyler Dwayne Waddle, Pro Se

Before WILSON, JORDAN and BLACK, Circuit Judges.

PER CURIAM:

Robert Godfrey, appointed counsel for Tyler Waddle in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Waddle's conviction and sentence are **AFFIRMED**.